```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
ESTATE OF TYREE WILSON, etc.,

        Plaintiffs,                Civil Action No. 07-1942 WJM

v.
                                   ORDER OF DISMISSAL
NORTHERN STATE PRISON, et als,

        Defendants.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 30th day of October, 2009

ORDERED that the above matter is dismissed.

                                    s/William J. Martini

                                    _____

                                    WILLIAM J. MARTINI, U.S.D.J.